### Re: Clayborn-Muldrow/City of St. Louis

**Silsbe, Alexis** <SilsbeA@stlouis-mo.gov>
Wed 5/20/2020 2:35 PM
To: Megen Hoffman <megens@rickbarrypc.com>
Cc: Korey Lewis <lewisk@stlouis-mo.gov>

Yes, tomorrow late morning or afternoon would be fine.

Alexis L. Silsbe
**Attorney Manager - Labor & Employment**
City Hall, Room 314
1200 Market St.
St. Louis, MO 63103
Phone: (314) 622-4621
Fax: (314) 622-4956
E-mail: SilsbeA@stlouis-mo.gov

**************************************

NOTE: The information contained in this e-mail message, including any attachments, is legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any reading, use or dissemination of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone at (314) 622-3361 and delete this message from your system. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the City of St. Louis for any loss or damage arising in any way from its use.

**************************************

On Wed, May 20, 2020 at 2:26 PM Megen Hoffman <megens@rickbarrypc.com> wrote:

> We will have to discuss. I believe she has a pending appeal of a different administrative action as well that we will need to carve out If we are able to reach an agreement. Can I call you tomorrow?
>
> Sent from my iPhone
>
>> On May 20, 2020, at 2:15 PM, Alexis Silsbe <silsbea@stlouis-mo.gov> wrote:
>>
>> Ok thanks. We would like the settlement to include a non disparagement clause for both sides. If that's a problem let's talk. ▮▮▮▮▮▮
>>
>> Sent from my iPhone
>>
>>> On May 20, 2020, at 2:05 PM, Megen Hoffman <megens@rickbarrypc.com> wrote:



EXHIBIT 1

I will speak to the client and should be able to get back to you tomorrow.

Thanks
MIH
Sent from my iPhone

> On May 20, 2020, at 10:10 AM, Silsbe, Alexis <SilsbeA@stlouis-mo.gov> wrote:
>
> I can increase our offer to $ ▇▇▇▇ Would that get it done?
>
> Alexis L. Silsbe
> **Attorney Manager - Labor & Employment**
> City Hall, Room 314
> 1200 Market St.
> St. Louis, MO 63103
> Phone: (314) 622-4621
> Fax: (314) 622-4956
> E-mail: SilsbeA@stlouis-mo.gov
>
> ***************************************
> NOTE: The information contained in this e-mail message, including any attachments, is legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any reading, use or dissemination of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone at (314) 622-3361 and delete this message from your system. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the City of St. Louis for any loss or damage arising in any way from its use.
>
> ***************************************
>
>
> On Wed, May 20, 2020 at 9:57 AM Megen Hoffman <megens@rickbarrypc.com> wrote:
>> Alexis,
>>
>> If the City would pay half of the taxable costs, I would recommend this to the client.

Fax: (314) 622-4956
E-mail: SilsbeA@stlouis-mo.gov

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE: The information contained in this e-mail message, including any attachments, is legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any reading, use or dissemination of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone at (314) 622-3361 and delete this message from your system. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the City of St. Louis for any loss or damage arising in any way from its use.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Wed, May 20, 2020 at 8:59 AM Megen Hoffman <megens@rickbarrypc.com> wrote:

> Alexis,
>
> After speaking with my client, I have been authorized to reduce her settlement demand to $■■■■■ with payment of taxable costs ($■■■■■). Any amounts payable to Ms. Clayborn-Muldrow would be designated as pain and suffering damages, to be reported on a 1099 in Box 3.
>
> Look forward to hearing back from you.
>
> Best,
> MIH

Megen I. Hoffman
Attorney at Law
Law Offices of Rick Barry, P.C.
1034 South Brentwood Blvd., Suite 1301
St. Louis, MO 63117
Phone: 314-918-8900
Fax:  314-918-8901
megens@rickbarrypc.com

NOTICE
This e-mail may contain confidential and privileged material, attorney work product, or information exempt from disclosure under applicable law and is for the sole use of the intended recipient.  Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by phone at (314) 918-8900 and delete all copies.

---

**From:** Silsbe, Alexis <SilsbeA@stlouis-mo.gov>
**Sent:** Monday, May 18, 2020 6:46 PM
**To:** Megen Hoffman <megens@rickbarrypc.com>
**Cc:** Korey Lewis <lewisk@stlouis-mo.gov>
**Subject:** Re: Clayborn-Muldrow/City of St. Louis

Megen,

The City is willing to increase its settlement offer to $███████. As with prior offers, this would be a global resolution of all matters at issue in this case and would not include Plaintiff preserving an option

to pursue an IAD complaint against Capt. Deeba. Please let me know if this is acceptable. Thank you!

Alexis L. Silsbe
Attorney Manager - Labor & Employment
City Hall, Room 314
1200 Market St.
St. Louis, MO 63103
Phone: (314) 622-4621
Fax: (314) 622-4956
E-mail: SilsbeA@stlouis-mo.gov

*******************************

NOTE: The information contained in this e-mail message, including any attachments, is legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any reading, use or dissemination of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone at (314) 622-3361 and delete this message from your system. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the City of St. Louis for any loss or damage arising in any way from its use.

*******************************

On Tue, May 5, 2020 at 6:17 AM Silsbe, Alexis <SilsbeA@stlouis-mo.gov> wrote: