UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JATONYA CLAYBORN MULDROW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-CV-02150-AGF |
| | ) |
| CITY OF ST. LOUIS, STATE OF MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

Name of Neutral/Firm:   TOKARZ, KAREN L.

Firm Address:   #1 Brookings Drive St. Louis, MO  63130

Email:   tokarz@wustl.edu

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:   Megen I. Hoffman
Richard Andrew Barry, III (for pla)
LAW OFFICES OF RICK BARRY PC
1034 South Brentwood Blvd.
Suite 1301
St. Louis, MO  63117
Ph: 314-918-8900  FAX: 314-918-8901

Other Counsel:   Alexis Lee Silsbe
Korey Lewis (for dft)
ST. LOUIS CITY COUNSELOR'S OFFICE
1200 Market Street
Room 314
St. Louis, MO  63103
Ph: 314-622-3361  FAX: 314-622-4956

**The completion deadline for this ADR referral is September 27, 2024.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

July 23, 2024.                                             *Nathan M. Graves                /*
Date                                                        Clerk of Court

                                                   By:    /s/ Carol Long        /
                                                              CAROL LONG
                                                              Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JATONYA CLAYBORN MULDROW, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:18-CV-02150-AGF |
| | ) |
| CITY OF ST. LOUIS, STATE OF MISSOURI, et al., | ) |
| | ) |
| Defendant(s). | ) |

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties  [☐ did   ☐ did not]  achieve a settlement. ***Check one***

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____   Neutral: _____

TOKARZ, KAREN L.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JATONYA CLAYBORN MULDROW, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) No. 4:18-CV-02150-AGF ) |
| CITY OF ST. LOUIS, STATE OF MISSOURI, et al., | ) ) ) |
| Defendant(s). | ) ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference. The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                   Email address:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

Date_____ Neutral_____