UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JATONYA MULDROW, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) Case No.: 4:18-cv-02150AGF |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, et al. | ) |
| | ) |
| | ) |
|    DEFENDANTS. | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff, by and through counsel, and does hereby request the Court dismiss the above referenced action, with prejudice, parties to bear their own fees and costs.

Respectfully Submitted,

**LAW OFFICES OF RICK BARRY, P.C.**

By:/s/Megen I. Hoffman
Rick Barry, #25592MO
Megen I. Hoffman, # 58772MO
Attorneys for Plaintiffs
1034 South Brentwood Blvd., Ste. 1301
St. Louis, MO   63117
Phone:  314.918.8900
Fax:  314.918.8901
rickbarry@rickbarrypc.com
megens@rickbarrypc.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, this 3rd day of October, 2024 on:

St. Louis City Counselor's Office
Andrew Wheaton
City Hall, Room 314

1200 Market St.
St. Louis, MO 63103

/s/ Megen I. Hoffman